**\*E-FILED 06-14-2010\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARLA PINHEIRO, individually and on behalf of all similarly situated individuals,<br><br>    Plaintiff,<br><br>  v.<br><br>ACXIOM CORPORATION; AEROTEK, INC.; QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC. and DOES 1 through 100, inclusive,<br><br>    Defendants. | No. C10-02246 HRL<br><br>**ORDER RE DEADLINE FOR CONSENT OR DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

The parties are reminded that this case has been assigned to a magistrate judge. **No later than June 25, 2010**, each party shall file either (1) a Consent to Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge. *See* CIV. L.R. 73-1. The forms are available from the Clerk of the Court and on the court's website at www.cand.uscourts.gov.

SO ORDERED.

Dated:   June 14, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:10-cv-02246-HRL Notice has been electronically mailed to:

2  Caroline McIntyre     cmcintyre@be-law.com, sbrill@be-law.com

3  Daniel J. Bergeson    dbergeson@be-law.com, swalker@be-law.com

4  Donald P. Gagliardi   dgagliardi@be-law.com, emtofelogo@be-law.com

5  Graham Stephen Paul Hollis    ghollis@gracehollis.com

6  Michael James Grace   mgrace@gracehollis.com

7  Shweta Gera    sgera@morganlewis.com, gjohnson@morganlewis.com

8  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

2