Michael J. Grace, SBN 76581
mgrace@gracehollis.com
Alison M. Miceli, SBN 243131
amiceli@gracehollis.com
GraceHollis LLP
3555 Fifth Avenue
San Diego, California 92103
(619) 692-0800
(619) 692-0822 – fax

Attorneys for Plaintiff

**\*E-FILED 06-14-2010\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARLA PINHEIRO, individually and on behalf of all similarly situated individuals,<br><br>    Plaintiffs,<br>v.<br><br>ACXIOM CORPORATION, AEROTEK, INC., QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC., and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No.: CV10-02246 HRL<br><br>STIPULATION AND ORDER SUBSTITUTING PARTY<br><br><br>Courtroom:   2<br>Magistrate:   Hon. Howard R. Lloyd |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The parties to this action, Plaintiff Carla Pinheiro and Defendant Acxiom Corporation, through their respective attorneys of record, stipulate and agree as follows:

(1)     Acxiom Corporation is no longer a party to this action because it is not the correct legal entity that performs background screening checks.

(2)     Acxiom Corporation will be dismissed from the action without prejudice.

(3)     Plaintiff reserves the right to rename Acxiom Corporation as a Defendant, if evidence shows there is an appropriate basis to rename this entity in the future.

(4) Acxiom Information Security Services, Inc. is substituted as a party to this action in place of the party identified in paragraph (1).

(5) Defendant Acxiom Information Security Services, Inc. hereby acknowledges actual notice of this suit and subjects itself to the jurisdiction of this Court in this action.

Dated: June 10, 2010

GRACE HOLLIS LLP

/s/ Michael J. Grace

Attorneys for Plaintiff
Carla Pinheiro

Dated: June 10, 2010

BERGESON, LLP

/s/ Donald P. Gagliardi

Attorneys for Defendant
Acxiom Corporation

ORDER

Pursuant to stipulation, it is so ordered.

Dated: June 14, 2010

United States Magistrate Judge
Howard R. Lloyd