*E-FILED 07-29-2010*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Carla Pinheiro

Plaintiff(s),

v.

Acxiom Corporation, Aerotek, Inc.,
Quest Diagnostics Clinical Laboratories,
DOES 1-100 incl.   Defendant(s).

CASE NO. 5:10-CV-02246 HRL

STIPULATION AND ~~PROPOSED~~
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
 Non-binding Arbitration (ADR L.R. 4)
 Early Neutral Evaluation (ENE) (ADR L.R. 5)
 Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
 Private ADR *(please identify process and provider)* Mediation, Judicate West,
ADR Services, JAMS or ARC.

The parties agree to hold the ADR session by:
 the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

 other requested deadline   January - February, 2011

Dated: 7/22/10

Dated: 7/22/10

Dated: _____

Dated: 7/22/10

_[signature]_
Attorney for Plaintiff Carla Pinheiro

_[signature]_
Attorney for Defendant Acxiom Information
                        Security Svcs Inc.

Attorney for Aerotek, Inc.
_[signature] Jonathan Brennen_
Attorney for Quest Diagnostics

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Carla Pinheiro

Plaintiff(s),

v.

Acxiom Corporation, Aerotek, Inc.,
Quest Diagnostics Clinical Laboratories,
DOES 1-100 incl.   Defendant(s).

CASE NO. 5:10-CV-02246 HRL

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
Non-binding Arbitration (ADR L.R. 4)
Early Neutral Evaluation (ENE) (ADR L.R. 5)
Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
Private ADR *(please identify process and provider)* Mediation, Judicate West, ADR Services, JAMS or ARC.

The parties agree to hold the ADR session by:
the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

other requested deadline  January - February, 2011

Dated: 7/22/10

Attorney for Plaintiff Carla Pinheiro

Dated:

Dated: 7/22/10

Attorney for Defendant Acxiom Information Security Svcs Inc.
Attorney for Aerotek, Inc.

Dated:

Attorney for Quest Diagnostics.

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
    Non-binding Arbitration
    Early Neutral Evaluation (ENE)
    Mediation
    **X** Private ADR

Deadline for ADR session
    90 days from the date of this order.
    **X** other **January 31, 2011**

IT IS SO ORDERED.

Dated: July 29, 2010

_____
UNITED STATES MAGISTRATE JUDGE
Howard R. Lloyd