**E-FILED 01-07-2011**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARLA PINHEIRO, individually and on behalf of all similarly situated individuals, | No. C10-02246 HRL |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO SEEK RECONSIDERATION** |
| v. | |
| ACXIOM INFORMATION SECURITY SERVICES, INC.; AEROTEK, INC.; QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC; DOES 1-100, inclusive, | |
| Defendants. | |

Pursuant to Civil Local Rule 7-9, plaintiff moves for leave to seek reconsideration of this court's August 3, 2010 order granting the motion to dismiss filed by defendant Aerotek, Inc. (Aerotek). Plaintiff's motion for leave to seek reconsideration is granted, and her motion filed on December 20, 2010 shall be deemed her motion for reconsideration. Aerotek shall file a response by **January 14, 2011**. If plaintiff chooses to file a reply, she shall do so no later than **January 21, 2011**. Whether or not a reply is filed, and unless otherwise ordered, the matter will then be deemed submitted on the papers without oral argument.

SO ORDERED.

Dated:   January 7, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:10-cv-02246-HRL Notice has been electronically mailed to:

Alison Marie Miceli     amiceli@gracehollis.com

Alison P. Danaceau     adanaceau@carltonfields.com, cwiltey@carltonfields.com, lmitchell@carltonfields.com

Brooke Lewis     blewis@carltonfields.com

Caroline McIntyre     cmcintyre@be-law.com, emtofelogo@be-law.com, sbrill@be-law.com

Daniel J. Bergeson     dbergeson@be-law.com, swalker@be-law.com

John S. Battenfeld     jbattenfeld@morganlewis.com, cfrutos@morganlewis.com

Jonathan Morris Brenner     jbrenner@sidley.com

Julie Wong     julie.wong@sidley.com, rblea@sidley.com

Michael James Grace     mgrace@gracehollis.com, cvmicklash@gracehollis.com, jfreedman@gracehollis.com, tkim@gracehollis.com, vcordero@gracehollis.com

Shweta Gera     sgera@morganlewis.com, gjohnson@morganlewis.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.