**\*E-FILED 08-11-2011\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARLA PINHEIRO, individually and on behalf of all similarly situated individuals,<br><br>　　　　Plaintiff,<br>　v.<br>ACXIOM CORPORATION; AEROTEK, INC.; QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC.; and DOES 1 through 200, inclusive,<br>　　　　Defendants.　　　　　　　　　／ | No. C10-02246 HRL<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT RE DEFENDANT AEROTEK, INC.**<br><br>**ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE** |

Plaintiff and defendant Aerotek Inc. (Aerotek) advise that they have reached a settlement. Accordingly, all previously scheduled deadlines and appearances are vacated as to Aerotek.

**On or before September 16, 2011**, plaintiff and Aerotek shall file a stipulation of dismissal pursuant to Fed.R.Civ.P. 41(a). If a dismissal is not filed by the specified date, plaintiff and Aerotek shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on **September 27, 2011, 1:30 p.m.** and show cause, if any, why the claims against Aerotek should not be dismissed pursuant to Fed.R.Civ.P. 41(a). Plaintiff and Aerotek shall file a statement in response to this Order to Show Cause **no later than September 20, 2011**. The joint statement shall state (1) the status of the activities of the

1 parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize
2 the settlement and file the dismissal.  If a voluntary dismissal is filed as ordered, the Order to
3 Show Cause hearing will be automatically vacated and the parties need not file a joint statement
4 in response to this Order.

5      As for plaintiff and the remaining defendants, a further case management conference is
6 set for **September 27, 2011, 1:30 p.m.** to discuss dates for a final pretrial conference and trial.
7 A joint case management statement shall be filed no later than **September 20, 2011**.

8      SO ORDERED.

9 Dated: August 11, 2011



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:10-cv-02246-HRL Notice has been electronically mailed to:

Alison Marie Miceli     amiceli@gracehollis.com

Alison P. Danaceau     adanaceau@brawwlaw.com, cbastos@brawwlaw.com, cfly@brawwlaw.com

Brooke Lewis     blewis@carltonfields.com

Caroline McIntyre     cmcintyre@be-law.com, emtofelogo@be-law.com

Daniel J. Bergeson     dbergeson@be-law.com, cburkhart@be-law.com

John S. Battenfeld     jbattenfeld@morganlewis.com, cfrutos@morganlewis.com

Jonathan Morris Brenner     jbrenner@sidley.com

Julie Wong     julie.wong@sidley.com, eleiva@sidley.com

Michael James Grace     mgrace@gracehollis.com, cvmicklash@gracehollis.com, jfreedman@gracehollis.com, tkim@gracehollis.com, vcordero@gracehollis.com

Shweta Gera     sgera@morganlewis.com, gjohnson@morganlewis.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.